UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
BMO HARRIS BANK N.A.,                          :
                Plaintiff,          :
                                                  :    20 Civ. 6355 (LGS)
        -against-                 :
                                                  :        <u>ORDER</u>
:
PRINCIPIS CAPITAL LLC., et al.,              :
                Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on August 13, 2020, Plaintiff filed an Emergency Motion for Appointment of Receiver for Principis Capital LLC (the "Motion"). It is hereby

      **ORDERED** that, by **August 20, 2020, at noon**, Defendants shall file any opposition to the Motion. It is further

      **ORDERED** that oral argument on the Motion will be held on **August 21, 2020, at 4:30 P.M.** The argument will occur on the following conference line: (888) 363-4749, access code: 5583333. It is further

      **ORDERED** that, prior to the argument, the parties shall engage in good faith negotiations in an attempt to resolve the issue. On **August 18, 2020**, the parties shall file a joint letter describing efforts made to resolve the issue and the status of negotiations. By **August 20, 2020, at noon**, the parties shall file a second joint letter to report further on efforts made and the status of negotiations.

Dated: August 14, 2020
       New York, New York

                                                  _____
                                                    LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE