UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
BMO HARRIS BANK, N.A.,                                       :
                        Plaintiff,            :
                                           :      20 Civ. 6355 (LGS)
              -against-                            :
                                           :             ORDER
PRINCIPIS CAPITAL LLC, et al.,                               :
                        Defendant.            :
:
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, by e-mail, the parties requested an adjournment of the oral argument scheduled for August 21, 2020, at 5:30 p.m., because the parties have made progress in settlement negotiations.  The e-mail is appended hereto.  It is hereby

       **ORDERED** that the oral argument scheduled for August 21, 2020, at 5:30 p.m., is adjourned to **August 28, 2020, at 4:30 p.m.**  It is further

       **ORDERED** that by **August 25, 2020**, the parties shall file a joint letter apprising the Court of the status of negotiations.  By **August 27, 2020, at 3:00 p.m.**, the parties shall file an additional status letter reporting further on efforts made, and Plaintiff shall file a reply brief not to exceed eight (8) pages.

Dated: August 21, 2020
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE

## Schofield NYSD Chambers

**From:** Eric S. Silvestri <silvest@chapman.com>
**Sent:** Friday, August 21, 2020 10:40 AM
**To:** Schofield NYSD Chambers
**Cc:** apetitt@stradley.com; fmanning_stradley.com; akadish_archerlaw.com; audley@chapman.com; lombardo@chapman.com
**Subject:** URGENT:  Plaintiff's Emergency Motion for Receiver (20-CV-06355-LGS)


Good morning,

We are writing to advise the Court that the parties have made progress in settlement negotiations and both feel that it would be beneficial to continue the hearing on Plaintiff's Emergency Motion for Appointment of a Receiver to a date late next week.  The parties can be reached at any of the following phone numbers and email addresses:

Counsel for Plaintiff:
David Audley (audley@chapman.com) (Office:  312-845-2971) (Mobile:  312-479-2473)  (lead counsel)
Eric Silvestri (silvest@chapman.com) (312-845-3915) (*pro hac vice* application to be filed)
Chapman and Cutler LLP
111 West Monroe
Chicago IL 60603

Counsel for Defendants:
Francis X. Manning (fmanning@stradley.com) (Office:  856-321-2403) (Mobile: 856-904-3006) (lead counsel)
Adam J. Petitt (apetitt@stradley.com) (212-404-0649)
Stradley Ronon Stevens & Young, LLP
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002

Counsel for Proposed Receiver:
Allen G. Kadish (akadish@archerlaw.com) (212-682-4940 (Ext. 6802)) (lead counsel)
Archer & Greiner P.C.
1211 Avenue of the Americas, Suite 2750
New York, NY 10036

Thank you,
Eric Silvestri

Eric S. Silvestri | Associate
**Chapman and Cutler LLP**
111 West Monroe Street | Chicago, IL 60603
Direct: 312.845.3915
Fax: (312) 516.3215
silvest@chapman.com


**Please consider the Environment before printing this email.**

**Chapman and Cutler LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).**

**NOTICE OF CONFIDENTIALITY:** The information contained in this email transmission is confidential information which may contain information that is legally privileged and exempt from disclosure under applicable law. The information is intended solely for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this email transmission is strictly prohibited. If you have received this email transmission in error, please notify us immediately by telephone to arrange for the return of the original transmission to us.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com