UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                      :

BMO HARRIS BANK, N.A.,
                          Plaintiff,  :

                                      :         20 Civ. 6355 (LGS)

           -against-        :

                                      :             ORDER

PRINCIPIS CAPITAL LLC, et al.,
                      Defendant.  :
                                      :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on September 4, 2020, at 4:30 p.m. to discuss

Plaintiff's motion to appoint a receiver (Dkt. No. 4).  For the reasons stated at the conference, it

is hereby

      **ORDERED** that a conference is scheduled for **September 11, 2020, at 4:30 p.m.**  It is

further

      **ORDERED** that by **September 10, 2020, at 5:00 p.m.**, the parties shall file a joint letter,

apprising the Court of whether an agreement has been reached, including jointly proposed next

steps.

Dated: September 4, 2020
      New York, New York

                                      LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE