UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
BMO HARRIS BANK, N.A.,                                        :
                           Plaintiff,                         :
                                                              :      20 Civ. 6355 (LGS)
            -against-                                         :
                                                              :      ORDER
PRINCIPIS CAPITAL LLC, et al.,                                :
                           Defendant.                         :
                                                              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on September 24, 2020, at 4:30 p.m. to discuss Plaintiff's motion to appoint a receiver (Dkt. No. 4). For the reasons stated at the conference, it is hereby

**ORDERED** that by **October 6, 2020, at 5:00 p.m.**, the parties shall file a joint letter, apprising the Court of whether an agreement has been reached, including jointly proposed next steps. It is further

**ORDERED** that by **September 30, 2020**, Plaintiff shall file proof of service or an executed waiver of service of the Complaint, and Defendant shall file any request to extend the deadline to answer or otherwise respond to the Complaint, indicating whether Plaintiff consents and providing a justification for the deadline extension.

Dated: September 24, 2020
       New York, New York

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**