```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BMO HARRIS BANK, N.A.,                                      :
                              Plaintiff,                    :
                                                            :       20 Civ. 6355 (LGS)
              -against-                                     :
                                                            :            ORDER
PRINCIPIS CAPITAL LLC, et al.,                              :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff filed a motion to dismiss Count Two of Defendants' counterclaims and a motion to strike Defendants' jury demand and request for attorneys' fees (Dkt. Nos. 68, 70). It is hereby

**ORDERED** that the motions will be stricken as they do not comply with Individual Rule III.A.1.

The Clerk of Court is respectfully directed to strike Dkt. Nos. 68, 69, 70 and 71.

Dated: November 4, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**