UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
: 
BMO HARRIS BANK, N.A.,                          :
                Plaintiff,      :
:    20 Civ. 6355 (LGS)
      -against-                                    :
:    ORDER
PRINCIPIS CAPITAL LLC, et al.,                   :
                Defendants.   :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Plaintiff filed pre-motion letters, proposing a motion to dismiss Count Two of Defendants' counterclaims and motions to strike Defendants' jury demand and request for attorneys' fees (Dkt. Nos. 73, 74, 75). It is hereby

    **ORDERED** that by **November 12, 2020**, Defendants shall file a single letter, not to exceed nine (9) pages, responding to each of Plaintiff's pre-motion letters.

Dated: November 5, 2020
       New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE