UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BMO HARRIS BANK, N.A.,                                      :
                     Plaintiff,          :
                                                            :    20 Civ. 6355 (LGS)
        -against-                                  :
                                                            :    ORDER
PRINCIPIS CAPITAL LLC, et al.,                              :
                     Defendants.         :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiff filed pre-motion letters, proposing a motion to dismiss Count Two of Defendants' counterclaims ("unjust enrichment counterclaim") and motions to strike Defendants' jury demand and request for attorneys' fees (Dkt. Nos. 73, 74, 75). Defendants filed a letter in response, which requested leave to amend its unjust enrichment counterclaim (Dkt. No. 77). It is hereby

      **ORDERED** that a pre-motion conference to discuss Plaintiff's pre-motion letter at Dkt. No. 75 and Defendants' request for leave to amend its unjust enrichment counterclaim, will be held on **November 19, 2020, at 10:50 a.m.**, on the following conference line: (888) 363-4749, access code: 558-3333.

      The Clerk of Court is respectfully directed to close Dkt. Nos. 73 and 74.

Dated: November 13, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**