UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  :
  BMO HARRIS BANK, N.A.,  :
                  Plaintiff,  :
  :   20 Civ. 6355 (LGS)
       -against-  :
  :   ORDER
  PRINCIPIS CAPITAL LLC, et al.,  :
                  Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is **ORDERED** that the pre-motion conference scheduled for November 19, 2020, at 10:50 a.m. is **adjourned to November 19, 2020, at 11:10 a.m.**, and will be held on the following conference line: (888) 363-4749, access code: 558-3333.  The timing of the conference is approximate, but the parties shall be ready to proceed at that time.

Dated:  November 17, 2020
        New York, New York

                                                      LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE