```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BMO HARRIS BANK, N.A.,                                      :
                                Plaintiff,                  :
                                                            :     20 Civ. 6355 (LGS)
                -against-                                   :
                                                            :     ORDER
PRINCIPIS CAPITAL LLC, et al.,                              :
                                Defendants.                 :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a status conference was held today to discuss Plaintiff / Counterclaim Defendant's proposed motion to dismiss Defendants / Counterclaim Plaintiffs' unjust enrichment counterclaim (Dkt. No. 75) and Defendants / Counterclaim Plaintiffs' request to amend the unjust enrichment counterclaim (Dkt. No. 77).  For the reasons stated at the conference, it is hereby

**ORDERED** that regarding Plaintiff / Counterclaim Defendants' proposed motion to dismiss, these arguments may be raised at a later time and in advance of any bench trial.  It is further

**ORDERED** that Defendants / Counterclaim Plaintiffs may file amended counterclaims to amend the unjust enrichment counterclaim by **December 9, 2020**.  It is further

**ORDERED** that the parties shall file a joint case management plan, using the template form provided on the Court's website, by **December 9, 2020**.  It is further

**ORDERED** that in advance of the settlement conference before Judge Fox, currently scheduled for December 3, 2020, Defendants shall provide Plaintiff with an explanation for the decrease in servicing and related revenue in the last three to four weeks and any explanatory documents that are readily available.  The parties shall take reasonable steps to produce and

exchange documents for the purpose of settlement discussions.  The parties are reminded that per the Order at Dkt. No. 57, the parties shall file a status letter within two business days of the completion of settlement discussions.

Dated: November 19, 2020
      New York, New York

                                          **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**