

David T. B. Audley
Partner

111 West Monroe Street
Chicago, Illinois 60603-4080

T 312.845.3000
D 312.845.3735
F 312.516.3235
audley@chapman.com

December 9, 2020

VIA ECF

Honorable Lorna G. Schofield
United States District Court
for the Southern District of New York
40 Foley Square
New York, NY

**JOINT LETTER REQUESTING EXTENSION**

Re:   *BMO Harris Bank N.A. v. Principis Capital LLC et al.*, 20-cv-6355

Dear Judge Schofield:

Pursuant to the Court's November 19, 2020 Order (ECF No. 80), Plaintiff BMO Harris Bank N.A. ("*BMO*") and Defendants Principis Capital LLC ("*Principis*") and FF2 Corp. ("*FF2*" and together with Principis, "*Defendants*") were to jointly submit a case management order today, December 9, 2020.

The parties respectfully request an extension to December 18, 2020 to submit the case management order, as it may be that parties and claims will be added to the case, which will affect the proposed discovery schedule as well as the need for experts. The parties expect to have certainty on those issues next week.

Respectfully submitted,

CHAPMAN AND CUTLER LLP

By:   /s/ David T.B. Audley
    David T.B. Audley
    CHAPMAN AND CUTLER LLP
    111 W. Monroe St.
    Chicago, Illinois 60603
    T: 312.845.2971
    audley@chapman.com

*Attorneys for Plaintiff BMO Harris Bank N.A.*

This application is untimely but nevertheless GRANTED.  The parties shall file a jointly proposed case management plan by **December 18, 2020**.

Dated:  December 10, 2020
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Charlotte   Chicago   New York   Salt Lake City   San Francisco   Washington, DC

Chapman and Cutler LLP

Honorable Lorna G. Schofield
December 9, 2020
Page 2

                                                  STRADLEY RONON STEVENS & YOUNG, LLP

                                                  By:   /s/ Francis X. Manning
                                                         Francis X. Manning
                                                         STRADLEY RONON STEVENS & YOUNG, LLP
                                                         457 Haddonfield Rd. Suite 100
                                                         Cherry Hill, NJ 08002
                                                         T: 856.312.2403
                                                         fmanning@stradley.com

                                                         *Attorneys for Defendants Principis*
                                                         *Capital LLC and FF2 Corp.*