UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BMO HARRIS BANK, N.A.,                                      :
                     Plaintiff,           :
                                                            :    20 Civ. 6355 (LGS)
         -against-                                         :
                                                            :    ORDER
PRINCIPIS CAPITAL LLC, et al.,                              :
                     Defendant.           :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter was adjourned *sine die*, pending completion of settlement discussions (Dkt. No. 57).  The parties informed the Court that the settlement conference was unsuccessful (Dkt. No. 83).  Per the Order at Dkt. No. 80, the parties filed a proposed case management plan ("CMP"), and no significant issues were raised in the CMP (Dkt. No. 87).  It is hereby

    **ORDERED** that the initial pretrial conference is CANCELED.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  The parties should be aware that the Court does not extend the deadlines for discovery absent compelling circumstances, and that the use of any alternative dispute resolution mechanism does not stay or modify any date in the case management plan.

Dated: December 21, 2020
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE