UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BMO HARRIS BANK, N.A., as Administrative Agent,

        Plaintiff,

    -against-

PRINCIPIS CAPITAL LLC, AND FF2 CORP.,

        Defendants.
------------------------------------------------------------X

ORDER

20-CV-06355 (LGS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A telephonic conference was held with counsel to the respective parties on February 2, 2021, to address the discovery disputes outlined in Docket Entry No. 93 and 100.  As a result of the discussion had during the conference, on or before February 15, 2021, the defendants shall respond fully to the plaintiff's document request numbers 1,2 and 8.  The defendants need not respond to the plaintiff's document request number 3.  The defendants' request that discovery be stayed is denied.

Dated: New York, New York
       February 3, 2021

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE