UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BMO HARRIS BANK, N.A., as Administrative Agent,

          Plaintiff,

      -against-

PRINCIPIS CAPITAL LLC, AND FF2 CORP.,

          Defendants.
------------------------------------------------------------X

ORDER

20-CV-06355 (LGS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    The time for defendant FF2 Corporation to file its answer is enlarged to February 19, 2021.  This order resolves the request found at Docket Entry No. 107.

Dated: New York, New York
       February 4, 2021

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE