UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BMO HARRIS BANK N.A., AS ADMINISTRATIVE AGENT,<br><br>Plaintiff,<br><br>v.<br><br>PRINCIPIS CAPITAL LLC AND FF2 CORP.,<br><br>Defendants. | No. 1:20-cv-06355-LGS<br><br>Hon. Lorna G. Schofield<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41 and the stipulation and agreement of Plaintiff/Counterdefendant BMO Harris Bank N.A., as Administrative Agent, Defendants/Counterplaintiffs Principis Capital LLC and FF2 Corp., and Defendant Smart Step Funding LLC, all claims and counterclaims are dismissed with prejudice and without costs or fees assessed against any party.

| BMO HARRIS BANK N.A., AS ADMINISTRATIVE AGENT, | PRINCIPIS CAPITAL LLC, FF2 CORP., and SMART STEP FUNDING LLC |
|---|---|
| By: /s/ David T.B. Audley<br>David T.B. Audley<br>CHAPMAN AND CUTLER LLP<br>111 W. Monroe St.<br>Chicago, Illinois 60603<br>312-345-000<br>audley@chapman.com | By: /s/ Francis X. Manning<br>Francis X. Manning<br>STRADLEY RONON STEVENS & YOUNG, LLP<br>457 Haddonfield Rd. Suite 100<br>Cherry Hill, NJ 08002<br>856.312.2403<br>fmanning@stradley.com |
| *Counsel for Plaintiff/Counterdefendant* | *Counsel for Defendants/Counterplaintiffs* |

DATED: May 10, 2021

SO ORDERED:

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**